## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Lancaster, Borough of         :
Carlisle, and Borough of Columbia,    :
      Petitioners    :
         :
    v.             :  No. 251 M.D. 2019
         :
Pennsylvania Public Utility           :
Commission,                           :
      Respondent    :

**PER CURIAM**     **O R D E R**

   NOW, April 7, 2020, upon consideration of Respondent's application for reconsideration, and Petitioner's answer in response thereto, the application is denied.